# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

WANXU DONG,

        Plaintiff,

v.                                                    Case No. 3:19-cv-275-J-34JRK

DEUTSCHE BAHN AG,

        Defendant.

_____

## O R D E R

This cause is before the Court on Plaintiff's Motion for Default Judgment and Incorporated Memorandum of Law (Doc. No. 28; "Motion"), filed October 20, 2020. Plaintiff, however, has not requested, and the Clerk of the Court has not entered, a default under Rule 55(a), Federal Rules of Civil Procedure. Because an entry of default is a prerequisite to an entry of default judgment, the Motion is due to be denied as premature. See Sun v. United States, 342 F. Supp. 2d 1120, 1124 & n.2 (N.D. Ga. 2004) (denying motion for default judgment because the defendant was not in default, but noting that "even if the [defendant] were in default, the [p]laintiff would not be entitled to a default judgment" because he had "failed to obtain the entry of default, a prerequisite to a default judgment" (citing Fed. R. Civ. P. 55(a)), aff'd, 151 F. App'x 860 (11th Cir. 2005).

Accordingly, it is

**ORDERED**:

Plaintiff's Motion for Default Judgment and Incorporated Memorandum of Law (Doc. No. 28) is **DENIED without prejudice**.

**DONE AND ORDERED** in Jacksonville, Florida on October 28, 2020.

_James R. Klindt_
**JAMES R. KLINDT**
United States Magistrate Judge

bhc
Copies:
Counsel of Record